Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  17−35377−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lamont N. Williams
   9 Old Farm Road
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1240

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/3/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 3, 2018
JAN: bc

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Lamont N. Williams
    Debtor

Case No. 17-35377-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 03, 2018
                                Form ID: 148     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.

```
db              +Lamont N. Williams,    9 Old Farm Road,    Sicklerville, NJ 08081-3518
517235058       +APEX Asset Management,    PO BOX 5407,    Lancaster, PA 17606-5407
517235057        American Education Services,    Payment Center,    Harrisburg, PA 17130-0001
517235060       +Camden County MUA,    1645 Ferry Ave,    Camden, NJ 08104-1311
517235061       +Cenlar,    PO Box 77404,    Trenton, NJ 08628-6404
517235062        Center for Pediatric Dental Health,    1630 Route 322,    Swedesboro, NJ 08085-3701
517235063        City of Camden,    PO BOX 52747,    Phoenix, AZ 85072-2747
517235064        Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
517235066        EOS CCA,    PO BOX 981025,    Boston, MA 02298-1025
517235065        Emerg Phy Assoc of S. Jers,    c/o HRRG,    PO BOX 5406,    Cincinnati, OH 45273-7942
517235067       +Five Brothers Auto,    2106 River Avenue,    Camden, NJ 08105-3740
517235068        PAM - DelDOT,    PO Box 3032,    Milwaukee, WI 53201-3032
517235070        Payment Processing Center,    PO Box 11733,    Newark, NJ 07101-4733
517235074        Roundpoint,    PO Box 674150,    Dallas, TX 75267-4150
517235075       +Roundpoint Mortgage,    PO BOX 19409,    Charlotte, NC 28219-9409
517235076        South Jersey Gas,    PO BOX 6091,    Bellmawr, NJ 08099-6091
517235077        State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
517235078        The Children's Hospital of Philadelphia,    Lockbox # 5232,    PO Box 787802,
                  Philadelphia, PA 19178-7802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2018 23:18:50     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2018 23:18:48      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517235056       +EDI: GMACFS.COM Jan 03 2018 23:28:00      Ally Financial,    P. O. Box 380901,
                  Minneapolis, MN 55438-0901
517235059       +E-mail/Text: bankruptcy@pepcoholdings.com Jan 03 2018 23:18:25      Atlantic City Electric,
                  PO Box 13610,    Philadelphia, PA 19101-3610
517251500       +E-mail/Text: bankruptcy@pepcoholdings.com Jan 03 2018 23:18:25
                  Atlantic City Electric Company,    5 Collins Drive, Suite 2133,    Carneys Point NJ 08069-3600
517235069        EDI: GMACFS.COM Jan 03 2018 23:28:00      Payment Processing,    PO Box 9001951,
                  Louisville, KY 40290-1951
517235073        EDI: RMCB.COM Jan 03 2018 23:28:00      RMCB,    PO BOX 1235,    Elmsford, NY 10523-0935
517235071       +E-mail/Text: Supportservices@receivablesperformance.com Jan 03 2018 23:19:24
                  Receivables Perfomance,    20816 44th Ave West,    Lynnwood, WA 98036-7744
517235072        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 03 2018 23:21:43      Regional Acceptance Corp,
                  PO BOX 580075,    Charlotte, NC 28258-0075
517251995       +EDI: AIS.COM Jan 03 2018 23:28:00      T Mobile/T-Mobile USA Inc,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:

```
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Stephanie F. Ritigstein    on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```