Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  17−35377−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lamont N. Williams
   9 Old Farm Road
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1240

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                6/13/18
Time:               10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 8, 2018
JAN: bc

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 17-35377-ABA
Lamont N. Williams                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2        Date Rcvd: May 08, 2018
                              Form ID: 132             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db             +Lamont N. Williams,    9 Old Farm Road,    Sicklerville, NJ 08081-3518
aty            +James Patrick Shay,    Phelan Hallinan Diamond Jones, LLP,    1617 JFK Blvd.,   One Penn Center,
                 Suite #1400,   Philadelphia, PA 19103-1814
cr             +NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
517235058      +APEX Asset Management,    PO BOX 5407,    Lancaster, PA 17606-5407
517235057       American Education Services,    Payment Center,    Harrisburg, PA 17130-0001
517235060      +Camden County MUA,    1645 Ferry Ave,    Camden, NJ 08104-1311
517235061      +Cenlar,    PO Box 77404,   Trenton, NJ 08628-6404
517235062       Center for Pediatric Dental Health,    1630 Route 322,    Swedesboro, NJ 08085-3701
517235063       City of Camden,    PO BOX 52747,    Phoenix, AZ 85072-2747
517235064       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
517235066       EOS CCA,   PO BOX 981025,    Boston, MA 02298-1025
517235065       Emerg Phy Assoc of S. Jers,    c/o HRRG,    PO BOX 5406,   Cincinnati, OH 45273-7942
517235067      +Five Brothers Auto,    2106 River Avenue,    Camden, NJ 08105-3740
517235068       PAM - DelDOT,    PO Box 3032,    Milwaukee, WI 53201-3032
517298970      +PHEAA,    PO Box 8147,   Harrisburg PA 17105-8147
517235070       Payment Processing Center,    PO Box 11733,    Newark, NJ 07101-4733
517235074       Roundpoint,    PO Box 674150,    Dallas, TX 75267-4150
517235075      +Roundpoint Mortgage,    PO BOX 19409,    Charlotte, NC 28219-9409
517366914     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,   PO BOX 245,    Trenton NJ 08695-0245)
517235076       South Jersey Gas,    PO BOX 6091,    Bellmawr, NJ 08099-6091
517235077       State of New Jersey,   Division of Taxation,    PO Box 445,   Trenton, NJ 08695-0445
517235078       The Children’s Hospital of Philadelphia,    Lockbox # 5232,   PO Box 787802,
                 Philadelphia, PA 19178-7802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 08 2018 23:25:31     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2018 23:25:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517403122       E-mail/Text: ally@ebn.phinsolutions.com May 08 2018 23:24:42     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517235056      +E-mail/Text: ally@ebn.phinsolutions.com May 08 2018 23:24:42     Ally Financial,
                 P. O. Box 380901,    Minneapolis, MN 55438-0901
517235059      +E-mail/Text: bankruptcy@pepcoholdings.com May 08 2018 23:25:11     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
517251500      +E-mail/Text: bankruptcy@pepcoholdings.com May 08 2018 23:25:11
                 Atlantic City Electric Company,    5 Collins Drive, Suite 2133,   Carneys Point NJ 08069-3600
517235069       E-mail/Text: ally@ebn.phinsolutions.com May 08 2018 23:24:42     Payment Processing,
                 PO Box 9001951,    Louisville, KY 40290-1951
517235073       E-mail/Text: bkrpt@retrievalmasters.com May 08 2018 23:25:28     RMCB,   PO BOX 1235,
                 Elmsford, NY 10523-0935
517235071      +E-mail/Text: Supportservices@receivablesperformance.com May 08 2018 23:26:20
                 Receivables Perfomance,    20816 44th Ave West,    Lynnwood, WA 98036-7744
517235072       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 08 2018 23:29:09     Regional Acceptance Corp,
                 PO BOX 580075,    Charlotte, NC 28258-0075
517251995      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 08 2018 23:35:43     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 08, 2018
                              Form ID: 132             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jeffrey E. Jenkins   on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
           rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein   on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 5
```