Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 17−35377−ABA
                              Chapter: 13
                              Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lamont N. Williams
   9 Old Farm Road
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1240

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      11/8/18
Time:     02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
$2,500.00

EXPENSES
$17.25

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 27, 2018
JAN:

                                                                                     Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Lamont N. Williams
    Debtor

Case No. 17-35377-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Sep 27, 2018
                        Form ID: 137     Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
```
db             +Lamont N. Williams,    9 Old Farm Road,    Sicklerville, NJ 08081-3518
aty            +James Patrick Shay,    Phelan Hallinan Diamond Jones, LLP,    1617 JFK Blvd.,    One Penn Center,
                 Suite #1400,    Philadelphia, PA 19103-1814
cr             +CENLAR FSB AS SERVICER FOR NEW JERSEY HOUSING AND,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              First Guaranty Mortgage Corporation c/o Rushmore L,    15480 Laguna Canyon Road,
                 Irvine, CA 92618-2132
cr             +NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517235058      +APEX Asset Management,    PO BOX 5407,    Lancaster, PA 17606-5407
517235057       American Education Services,    Payment Center,    Harrisburg, PA 17130-0001
517235060      +Camden County MUA,    1645 Ferry Ave,    Camden, NJ 08104-1311
517235061      +Cenlar,   PO Box 77404,    Trenton, NJ 08628-6404
517235062       Center for Pediatric Dental Health,    1630 Route 322,    Swedesboro, NJ 08085-3701
517235063       City of Camden,    PO BOX 52747,    Phoenix, AZ 85072-2747
517235064       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
517235066       EOS CCA,    PO BOX 981025,    Boston, MA 02298-1025
517235065       Emerg Phy Assoc of S. Jers,    c/o HRRG,    PO BOX 5406,    Cincinnati, OH 45273-7942
517634797      +First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
517607273       First Guaranty Mortgage Corporation,    PLUESE, BECKER & SALTZMAN, LLC,
                 20000 Horizon Way, Suite 900,    Mt. Laurel, NJ 08054-4318
517235067      +Five Brothers Auto,    2106 River Avenue,    Camden, NJ 08105-3740
517629044      +NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY,    CENLAR FSB,
                 ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD.,    EWING NJ 08618-1430
517235068       PAM - DelDOT,    PO Box 3032,    Milwaukee, WI 53201-3032
517298970      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
517235070       Payment Processing Center,    PO Box 11733,    Newark, NJ 07101-4733
517235074       Roundpoint,    PO Box 674150,    Dallas, TX 75267-4150
517235075      +Roundpoint Mortgage,    PO BOX 19409,    Charlotte, NC 28219-9409
517366914     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517235076       South Jersey Gas,    PO BOX 6091,    Bellmawr, NJ 08099-6091
517235077       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
517235078       The Children's Hospital of Philadelphia,    Lockbox # 5232,    PO Box 787802,
                 Philadelphia, PA 19178-7802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 00:04:37     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2018 00:04:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517403122       E-mail/Text: ally@ebn.phinsolutions.com Sep 28 2018 00:03:43     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
517235056      +E-mail/Text: ally@ebn.phinsolutions.com Sep 28 2018 00:03:43     Ally Financial,
                 P. O. Box 380901,   Minneapolis, MN 55438-0901
517235059      +E-mail/Text: bankruptcy@pepcoholdings.com Sep 28 2018 00:04:03     Atlantic City Electric,
                 PO Box 13610,   Philadelphia, PA 19101-3610
517251500      +E-mail/Text: bankruptcy@pepcoholdings.com Sep 28 2018 00:04:03
                 Atlantic City Electric Company,    5 Collins Drive, Suite 2133,   Carneys Point NJ 08069-3600
517235069       E-mail/Text: ally@ebn.phinsolutions.com Sep 28 2018 00:03:43     Payment Processing,
                 PO Box 9001951,   Louisville, KY 40290-1951
517235073       E-mail/Text: bkrpt@retrievalmasters.com Sep 28 2018 00:04:31     RMCB,   PO BOX 1235,
                 Elmsford, NY 10523-0935
517235071      +E-mail/Text: Supportservices@receivablesperformance.com Sep 28 2018 00:05:13
                 Receivables Perfomance,    20816 44th Ave West,    Lynnwood, WA 98036-7744
517235072       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 28 2018 00:07:24     Regional Acceptance Corp,
                 PO BOX 580075,   Charlotte, NC 28258-0075
517536472       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 28 2018 00:07:24     Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
517251995      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2018 00:09:09     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1               User: admin              Page 2 of 2                  Date Rcvd: Sep 27, 2018
                                   Form ID: 137             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Nicholas V. Rogers    on behalf of Creditor   NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR NEW JERSEY HOUSING AND
               MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    First Guaranty Mortgage Corporation c/o Rushmore
               Loan Management Services dnj@pbslaw.org
              Stephanie F. Ritigstein    on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```