| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, New Jersey 08106<br>(856) 546-9696<br>Attorneys for the Debtor |
| In Re:<br><br>Lamont Williams<br>    debtors |

**Order Filed on November 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-35377

Adv. No.:

Hearing Date:

Judge: Altenburg

# ORDER TERMINATING WAGE ORDER

The relief set forth on the following pages, number two (2) is hereby **ORDERED.**

**DATED: November 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of debtors' application to terminate wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

The Wage Order currently in place for the debtors' trustee payments is hereby terminated.