|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, New Jersey 08106<br>(856) 546-9696<br>Attorneys for the Debtor | **Order Filed on November 2, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Lamont Williams<br>     debtors | Case No.: 17-35377<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Altenburg |

### ORDER TERMINATING WAGE ORDER

The relief set forth on the following pages, number two (2) is hereby **ORDERED.**

**DATED: November 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of debtors' application to terminate wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

The Wage Order currently in place for the debtors' trustee payments is hereby terminated.

United States Bankruptcy Court
District of New Jersey

In re:  
Lamont N. Williams  
    Debtor

Case No. 17-35377-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 02, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2018.  
db         +Lamont N. Williams,    9 Old Farm Road,    Sicklerville, NJ 08081-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2018 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor     First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eric Clayman     on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeffrey E. Jenkins     on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
         Nicholas V. Rogers     on behalf of Creditor     NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com  
         Nicholas V. Rogers     on behalf of Creditor     CENLAR FSB AS SERVICER FOR NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com  
         Rebecca Ann Solarz     on behalf of Creditor     First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com  
         Robert P. Saltzman     on behalf of Creditor     First Guaranty Mortgage Corporation c/o Rushmore Loan Management Services dnj@pbslaw.org  
         Stephanie F. Ritigstein     on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                TOTAL: 11