|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br><br>Lamont Williams,<br>debtor | Case No.: 17-35377<br><br>Chapter: 13<br><br>Hearing Date: 2/27/18-9/12/18<br><br>Judge: ABA |

Order Filed on November 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: November 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The application having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Jenkins & Clayman, the application, is allowed a fee of $2,463.00 and

and expenses of $17.25 for

services rendered. The allowance shall be payable:

___ ~~through the Chapter~~ Outside the plan 13 plan as an administrative priority.

_X_ From funds the chapter 13 Trustee is holding up to the extent of this allowance (includes unpaid standard fee in the amount of $2,825.00 per dismissal order).

ADDENDUM TO ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES
17-35377-ABA

**IT IS FURTHER ORDERED** that the Supplemental Chapter 13 Fees are reduced for the following reason(s):

■ Counsel previously advised that the court will not allow billing at highest hourly rate of $395 for administrative tasks that can be performed by staff or at a lesser rate. This fee app still includes fees for administrative tasks at highest hourly rate. No more than $200 will be allowed for fee application preparation. Time charged is more than $200.

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows for Additional court appearances - <u>Not to exceed three</u>.

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $300 for filing and appearance on a modified Chapter 13 Plan, not $300 for each action.

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $400 for filing and appearance on a Defense of Motion on behalf of debtor.

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for Preparation and filing of Amendments to Schedules or List of Creditors, not $100 each.

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for preparation and filing of other amended schedules such as Schedules I and J, not for $100.00 each.

☐ Excess/unnecessary appearances could have been avoided through proper adjournment requests.

☐ Travel time must be charged at ½ rate. *In re DeMarco*, No. BR 14-28245-ABA, 2016 WL 899915, at *1 (Bankr. D.N.J. Feb. 9, 2016) citing *In re McDermott*, No. 05–17387(DHS), 2009 WL 2905375, at *8 (Bankr.D.N.J. Aug. 24, 2009).

■ Failure to exercise billing judgment/review. *In re DeMarco*, No. BR 14-28245-ABA, 2016 WL 899915, at *2 (Bankr. D.N.J. Feb. 9, 2016). *See also, In re Maxine's, Inc.*, 304 B.R. 245 (Bankr.D.Md.2003).

☐ The court customary allows the use of a Detail of Non-standard Services for loss mitigation and will allow $_____ for loss mitigation efforts. Remaining items (highlighted) should be within scope of representation however R. 2016 statement of services contains no information and/or fee agreement not provided so there is no support for allowance of request. Even then, it would have to be on proper fee application since fee request does not fall within standard supplemental fee requests.

United States Bankruptcy Court
District of New Jersey

In re:  
Lamont N. Williams  
    Debtor

Case No. 17-35377-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Nov 08, 2018  
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.  
db          +Lamont N. Williams,    9 Old Farm Road,    Sicklerville, NJ 08081-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eric Clayman    on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Jeffrey E. Jenkins    on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Nicholas V. Rogers    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com  
        Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com  
        Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com  
        Robert P. Saltzman    on behalf of Creditor    First Guaranty Mortgage Corporation c/o Rushmore Loan Management Services dnj@pbslaw.org  
        Stephanie F. Ritigstein    on behalf of Debtor Lamont N. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 11